AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Columbia

Robert Maki, & Sandra Maki

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER 1:06CV01564

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 09/06/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Robert Maki
c/o 50 Rhodes Drive
Eureka, Arkansas 72632
(479) 253 - 8134

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON      SEP - 6 2006

CLERK                                                  DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____    Columbia

Robert Maki, & Sandra Maki

V.

UNITED STATES GOVERNMENT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER  1:06CV01564

JUDGE: John D. Bates

DECK TYPE: Pro se General Civil

DATE STAMP: 09/06/2006

TO: (Name and address of Defendant)

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Robert Maki
c/o 50 Rhodes Drive
Eureka, Arkansas 72632
(479) 253 - 8134

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        SEP - 6 2006
CLERK                              DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 9/15/06 |
| NAME OF SERVER (PRINT) Juergen Schroeder | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): By Registered Mail # RA 517 581 060 US

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/15/06
                  Date              Signature of Server

201 Pleasant Avenue
Berryville, Arkansas 72616
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: RA51 7581 060U S
Detailed Results:

- **Delivered, September 19, 2006, 11:48 am, WASHINGTON, DC 20530**
- **Arrival at Unit, September 19, 2006, 12:22 am, WASHINGTON, DC 20074**
- Acceptance, September 15, 2006, 11:15 am, EUREKA SPRINGS, AR 72632

Enter Label/Receipt Number.

< Back       Return to USPS.com Home >

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   Go >

POSTAL INSPECTORS   site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy