IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT MAKI & <br> SANDRA MAKI, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | No. 1:06-cv-1564 (JDB) |
| v. | ) <br> ) | |
| UNITED STATES, | ) <br> ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: November 14, 2006.

                                                              Respectfully submitted,

                                                              /s/ Jennifer L. Vozne
                                                              JENNIFER L. VOZNE
                                                              Trial Attorney, Tax Division
                                                              U.S. Department of Justice
                                                              P.O. Box 227
                                                              Ben Franklin Station
                                                              Washington, DC 20044
                                                              Phone/Fax: (202) 307-6555/514-6866
                                                             Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

2022419.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on November 14, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>ROBERT MAKI
>SANDRA MAKI
>*Plaintiffs pro se*
>50 Rhodes Drive
>Eureka Springs, Arkansas 72632

>     /s/ Jennifer L. Vozne
>    JENNIFER L. VOZNE

2022419.1