IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT MAKI & <br> SANDRA MAKI, <br><br>     Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>     Defendant. | ) <br> ) <br> ) <br> )     No. 1:06-cv-1564 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**UNITED STATES' REPLY TO PLAINTIFFS'
OPPOSITION TO MOTION TO DISMISS**

This is a civil action in which plaintiffs seek damages for alleged "wrongful collection" of federal taxes and an order "enjoining defendants' principals, officers, agents, and/or employees from further acting in disregard of law or regulation."

STATEMENT

The United States moved to dismiss asserting that the complaint should be dismissed because plaintiffs failed to assert that they filed an administrative claim for damages prior to filing suit. Plaintiffs opposed the motion asserting (1) that exhaustion of administrative remedies is not a jurisdictional prerequisite and they state a claim for which relief can be granted; and (2) that "dismissal based upon the affirmative defense to state a claim is premature[.]" (Pl. Opp. generally.) Both reasons are insufficient to defeat the United States' motion to dismiss.

First, regardless of whether a failure to exhaust administrative remedies is a jurisdictional issue or an element of the claim, plaintiffs fail to assert that they filed an

2062335.1

administrative claim for damages. Because plaintiffs failed to do so, the complaint should be dismissed. *See*, *e.g.*, *Glass v. United States*, 424 F.Supp.2d 224 (D.D.C. 2006); *Holt v. Davidson*, 441 F.Supp.2d 92, 96 (D.D.C. 2006) (Urbina); *Turner v. United States*, 429 F.Supp.2d 149 (D.D.C. 2006); *Ross v. United States*, – F.Supp.2d –, 2006 WL 3250831 (D.D.C. 2006); *McGuirl v. United States*, 360 F.Supp.2d 125 (D.D.C. 2004). Second, an allegation of failure to state a claim for relief is not an affirmative defense. *See* Fed. R. Civ. P. 8.

## CONCLUSION

For the reasons above and those asserted in the United States' motion to dismiss, plaintiffs' complaint should be dismissed.

DATE: December 1, 2006.

                                                Respectfully submitted,

                                                /s/ Jennifer L. Vozne
                                                JENNIFER L. VOZNE
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice
                                                Post Office Box 227
                                                Washington, DC  20044
                                                Phone/Fax:  (202) 307-6555/514-6866
                                                Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS was caused to be served upon plaintiffs *pro se* on the 1st day of December, 2006, by depositing a copy in the United States mail, postage prepaid, addressed as follows:

> ROBERT MAKI
> SANDRA MAKI
> *Plaintiffs pro se*
> 50 Rhodes Drive
> Eureka Springs, Arkansas 72632

      /s/ Jennifer L. Vozne
      JENNIFER L. VOZNE

2062335.1