UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT MAKI, et al.,**

    **Plaintiffs,**

        **v.**

**UNITED STATES,**

    **Defendant.**

Civil Action No. 06-1564 (JDB)

## ORDER

Upon consideration of [#5] defendant's motion to dismiss the complaint, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that defendant's motion to dismiss is **GRANTED**; and it is further

**ORDERED** that the complaint is **DISMISSED** without prejudice.

                                              /s/
                                    JOHN D. BATES
                               United States District Judge

Date: December 22, 2006